SAGOBEL DEVELOPMENT CORP., Appellant, *v.* JOSEPH G. COHEN, Respondent, et al., Defendants.

Argued October 8, 1953; decided November 19, 1953.

*Abraham Kaplan* for appellant.

*Henry A. Friedman* and *William Macy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. VAN VOORHIS, J., dissents and votes to reverse the judgment entered upon the order of the Appellate Division, and to reinstate the order of Special Term denying respondent's motion to dismiss the complaint.